UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 11-9523 ODW (SHx) | Date | 12, 27, 2011 |
| Title | *Loretta Khachatryan v. Equable Ascent Financial LLC, et al.* | | |

Present: The Honorable Otis D. Wright II, United States District Judge

| Sheila English | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):      Attorneys Present for Defendant(s):

Not Present      Not Present

**Proceedings (In Chambers):**    **Order Re: Motion to Dismiss [7]**

Defendant Equable Ascent Financial LLC's motion to dismiss case is hereby GRANTED WITHOUT PREJUDICE. [7]   If Plaintiff fails to file an amended complaint on or before January 18, 2012, this action shall be dismissed with prejudice.

**SO ORDERED**

---- : 00

Initials of Preparer    SE