Name and address:
LORETTA KHACHATRYAN
1815 N NORMANDIE AVE APT 8
LOS ANGELES, CA 90027

FILED
CLERK, U.S. DISTRICT COURT

DEC 28 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| LORETTA KHACHATRYAN | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 2:11-cv-09523-ODW-(SHx) |
| v. | |
| EQUABLE ASCENT FINANCIAL LLC | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

The Court hereby orders that the request of:

____LORETTA KHACHATRYAN____  ☑ Plaintiff  ☐ Defendant  ☐ Other _____
        *Name of Party*

to substitute ____ARSHAK BARTOUMIAN (SBN210370)____ who is

☑ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

____118 W STOCKER ST____
*Street Address*

____GLENDALE, CA 91202____          ____DISPUTES@OMNIALEGAL.ORG____
*City, State, Zip*                    *E-Mail Address*

____818-532-9339____          _____          ____210370____
*Telephone Number*              *Fax Number*         *State Bar Number*

as attorney of record in place and stead of ____LORETTA KHACHATRYAN PRO SE____
                                               *Present Attorney*

is hereby   ☑ GRANTED     ☐ DENIED

Dated ____12-28-11____

_____
U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL**: IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.