JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Loretta Khachatryan, | ) | Case No. CV 11-09523-ODW(SHx) |
| Plaintiff, | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| Equable Ascent Financial LLC, | ) | |
| Defendants. | ) | |
| _____ | ) | |

THE COURT having ordered the Plaintiff to file an amended complaint, and Plaintiff having failed to respond,

THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice for failure to comply with the orders of the Court.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: January 25, 2012

United States District Judge